## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court a[...]
standing of this Court's general bar or be gran[...]
by Local Rules 83.12 through 83.14.

07cv6449
JUDGE ANDERSEN
MAG. JUDGE KEYS

In the Matter of

Ida Tucker

v.

Whelan Security of Illinois, Inc., Whelan Security Company,
and Fred Rogers

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Ida Tucker

**FILED**

J .N   NOV 1 4 2007
14

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Mark Pando | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark Pando | |
| FIRM<br>Asonye & Associates | |
| STREET ADDRESS<br>11 South LaSalle Street, Suite 2140 | |
| CITY/STATE/ZIP<br>Chicago, Illinois, 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06283693 | TELEPHONE NUMBER<br>312-795-9110 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐