## United States District Court for the Northern District of Illinois

Case Number: 07CV6449    Assigned/Issued By: J. N.

Judge Name: ANDERSEN    Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

Amount Due: [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 1115578

Date Payment Rec'd: 11-14-07    Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets    _____
[ ] Writ _____    (Victim, Against and $ Amount)
(Type of Writ)

2 Original and 2 copies on 11-14-07 as to WHELAN SECURITY OF
(Date)
ILLINOIS, INC.; WHELAN SECURITY COMPANY

---

C:\wpwin80\docket\feeinfo.frm    03/14/05