**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IDA TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:07-cv-6449 |
| | ) |
| | ) JUDGE ANDERSEN |
| WHELAN SECURITY OF ILLINOIS, INC., | ) |
| WHELAN SECURITY COMPANY, and | ) |
| FRED ROGERS | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING**

TO:  Uche Asonye
    Asonye and Associates
    11 South LaSalle Street
    Suite 2140
    Chicago, Illinois 60603

  **PLEASE TAKE NOTICE** that on Friday, January 04, 2008, **WHELAN SECURITY OF ILLINOIS, INC.** and **WHELAN SECURITY COMPANY**, by their counsel, caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, their **ANSWER AND AFFIRMATIVE DEFENSES,** a copy of which is attached hereto and hereby served upon you.

                    **WHELAN SECURITY OF ILLINOIS, INC. AND
                    WHELAN SECURITY COMPANY,**


                    **By: /s/ Alisa B. Arnoff_____
                       One of their attorneys**

Alisa B. Arnoff
IL ARDC No. 06197379
Scalambrino & Arnoff, LLP
One North LaSalle Street, Suite 1600
Chicago, Illinois  60602
(312) 629-0545 (Telephone)
(312) 629-0550 (Facsimile)
Email: aba@sacounsel.com

AND

Bradley G. Kafka
*Awaiting admission pro hac vice*
Tiffany B. Kieffer
*Awaiting admission pro hac vice*
GALLOP, JOHNSON & NEUMAN, L.C.
101 South Hanley, Suite 1700
St. Louis, Missouri  63105
(314) 615-6000 (Telephone)
(314) 615-6001 (Facsimile)
Email: bgkafka@gjn.com
Email: tbkieffer@gjn.com

## CERTIFICATE OF SERVICE

Alisa B. Arnoff, an attorney, on oath states that she caused a copy of the foregoing **Notice of Filing** and **Defendants Whelan Security of Illinois, Inc. and Whelan Security Company's Answer and Affirmative Defenses,** to be served upon the counsel listed above herein via Electronic Notice at courtfilings@aa-law.com and First Class U.S. Mail, proper postage prepaid, on this 4th day of January, 2008 before the hour of 5:00 p.m.

/s/ *Alisa B. Arnoff*
**Alisa B. Arnoff**