IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IDA TUCKER,        ) | |
|    Plaintiff,     ) | |
| ) | Case No.:   07 C 6449 |
| ) | |
| v.                 ) | Judge:      Andersen |
| ) | |
| WHELAN SECURITY OF ILLINOIS, INC., ) | Magistrate Judge:  Keys |
| and WHELAN SECURITY COMPANY, and ) | |
| FRED ROGERS,       ) | |
|    Defendants.    ) | |

### NOTICE OF MOTION

TO:   Alisa B. Arnoff, Esq.
      Scalambrino & Arnoff, LLP
      1 North LaSalle Street, Suite 1600
      Chicago, Illinois 60602

On **Thursday, January 17, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen, or any other judge sitting in his place at 219 South Dearborn Street and then and there present, PLAINTIFF'S MOTION FOR LEAVE TO FILE HER FIRST AMENDED COMPLAINT INSTANTER, a date-stamped copy which is hereby served upon you, at which time and place you may appear and be heard.

                                                           Respectfully Submitted,
                                                           Ida Tucker,

                                                           By:   s/ Uche O. Asonye
                                                           One of Her Attorneys

Uche O. Asonye- 06209522
Mark Pando - 6283683
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
(312) 795-9110
(312) 795-9114 (f)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 11th day of January 2008, I served a true and accurate copy of the foregoing Plaintiff's Notice of Motion upon the following by electronically filing it with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Alisa B. Arnoff, Esq.
Scalambrino & Arnoff, LLP
1 North LaSalle Street, Suite 1600
Chicago, Illinois 60602

                                        Respectfully Submitted,
                                        Ida Tucker,

                              By:   s/ Uche O. Asonye
                                    One of Her Attorneys

Uche O. Asonye - 06209522
Mark Pando - 6283683
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
(312) 795-9110
(312) 795-9114 (f)