# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IDA TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-6449 |
| | ) |
| | ) JUDGE ANDERSEN |
| WHELAN SECURITY OF ILLINOIS, INC., | ) |
| WHELAN SECURITY COMPANY, and | ) |
| FRED ROGERS | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:   Uche Asonye
      Asonye and Associates
      11 South LaSalle Street
      Suite 2140
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on Thursday, January 31, 2008**, WHELAN SECURITY OF ILLINOIS, INC.** and **WHELAN SECURITY COMPANY**, by their counsel, caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, their **ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is attached hereto and hereby served upon you.

                                                         **WHELAN SECURITY OF ILLINOIS, INC.**
                                                       **AND WHELAN SECURITY COMPANY,**


                                                       **By:  /s/ *Alisa B. Arnoff*_____**
                                                         **One of their attorneys**

        Alisa B. Arnoff
        IL ARDC No. 06197379
        Scalambrino & Arnoff, LLP
        One North LaSalle Street, Suite 1600
        Chicago, Illinois   60602
        (312) 629-0545 Telephone
        (312) 629-0550 (Facsimile)
        Email: aba@sacounsel.com

        AND

        Bradley G. Kafka
        *Pro hac vice*
        Tiffany B. Kieffer
        *Pro hac vice*
        GALLOP, JOHNSON & NEUMAN, L.C.
        101 South Hanley, Suite 1700
        St. Louis, Missouri   63105
        (314) 615-6000 (Telephone)
        (314) 615-6001 (Facsimile)
        Email: bgkafka@gjn.com
        Email: tbkieffer@gjn.com

## **CERTIFICATE OF SERVICE**

      Alisa B. Arnoff, an attorney, on oath states that she caused a copy of the foregoing **Notice of Filing** and **Defendants Whelan Security of Illinois, Inc. and Whelan Security Company's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint,** to be served upon the counsel listed above herein via Electronic Notice at courtfilings@aa-law.com, on this 31st day of January, 2008..

                              **/s/ *Alisa B. Arnoff*_____**
                              **Alisa B. Arnoff**