## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IDA TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:   07 CV 6449 |
| | ) | |
| WHELAN SECURITY OF ILLINOIS, | ) | Judge Wayne Andersen |
| INC., WHELAN SECURITY COMPANY, | ) | |
| and FRED ROGERS, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Uche O. Asony / courtfilings@aa-law.com        *VIA U.S MAIL*
      ASONYE & ASSOCIATES                             Bradley G. Kafka
                                                      GALLOP JOHNSON & NEUMAN, LC
      Alisa B. Arnoff / aba@sacounsel.com             101 S. Hanley, Suite 1700
      SCALAMBRINO & ARNOFF, LLP                       St. Louis, MO  63105

**PLEASE TAKE NOTICE** that on the 19th day of March, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Wayne R. Andersen presiding in Room 1403 at the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and present ***DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD***.

                                                   s/Joanne M. Rogers
                                                   Jeffrey R. Zehe, ARDC 3125616
                                                   Joanne M. Rogers, ARDC #6202284
                                                   Attorneys for Defendant
                                                   NIELSEN, ZEHE & ANTAS, P.C.
                                                   55 W. Monroe Street, Suite 1800
                                                   Chicago, Illinois 60603
                                                   Telephone:   312-322-9900
                                                   Facsimile:   312-322.9977
                                                   Emails:      jzehe@nzalaw.com
                                                                jrogers@nzalaw.com

### CERTIFICATE OF SERVICE

I hereby certified that on this 12th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record listed above.

                                                   s/Joanne M. Rogers