**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IDA TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:    07 CV 6449 |
| | ) | |
| WHELAN SECURITY OF ILLINOIS, | ) | Judge Wayne Andersen |
| INC., WHELAN SECURITY COMPANY, | ) | |
| and FRED ROGERS, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:  Uche O. Asony / courtfilings@aa-law.com   *VIA U.S MAIL*
ASONYE & ASSOCIATES              Bradley G. Kafka
                                 GALLOP JOHNSON & NEUMAN, LC
Alisa B. Arnoff / aba@sacounsel.com   101 S. Hanley, Suite 1700
SCALAMBRINO & ARNOFF, LLP            St. Louis, MO  63105

**PLEASE TAKE NOTICE** that on this 10th day of April, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, ***DEFENDANT FRED ROGERS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT***, a copy of which is attached hereto and served upon you.

                                  s/Joanne M. Rogers
                                  Jeffrey R. Zehe, ARDC 3125616
                                  Joanne M. Rogers, ARDC #6202284
                                  Attorneys for Defendant
                                  NIELSEN, ZEHE & ANTAS, P.C.
                                  55 W. Monroe Street, Suite 1800
                                  Chicago, Illinois 60603
                                  Telephone:   312-322-9900
                                  Facsimile:   312-322.9977
                                  Emails:      jzehe@nzalaw.com
                                               jrogers@nzalaw.com

**CERTIFICATE OF SERVICE**

I hereby certified that on this 10th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record listed above.

                                  **s/Joanne M. Rogers**