# EXHIBIT D

Case 1:07-cv-06449    Document 28-5    Filed 07/21/2008    Page 1 of 2

# ASONYE & ASSOCIATES

LAW OFFICE
11 SOUTH LASALLE STREET
SUITE 2140
CHICAGO, ILLINOIS 60603
PHONE: 312-795-9110   FACSIMILE: 312-795-9114
www.aa-law.com

UCHE O. ASONYE                                                                                      uche@aa-law.com
MARK PANDO                                                                                          mark@aa-law.com

February 14, 2008

**VIA FACSIMILE & FIRST CLASS MAIL**
Alisa B. Arnoff, Esq.
Scalambrino & Arnoff, LLP
1 North LaSalle Street, Suite 1600
Chicago, Illinois 60602

   **RE:   Ida Tucker v. Whelan Security Company, et. al.**

Dear Ms. Arnoff:

After reviewing Defendants' responses to Ida Tucker's first set of requests to admit facts directed at Whelan Security Company and Whelan Security of Illinois, Inc. we have determined that many of the Defendants' denials are improper and insufficient – Whelan Security Company's denials to requests to admit numbers 1-5, 10-12, 24-25, 27, 31-32, and 34-35 and Whelan Security of Illinois' denials to requests to admit numbers 1-5, 10-12, 24-25, 27, 31-32, and 34-35.

Prior to each denial of these requests, both Defendants state that "after making reasonable inquiry, the information that [Defendant] knows, or it can readily obtain, is insufficient to enable it to admit or deny" the request. On each occasion, both Defendants proceed to deny each request.

A denial is improper here as Defendants have both admitted that they do not have sufficient information to deny the request. FRCP 36(a)(4) requires that a party responding to a request to admit "must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it." In this case, Defendants are attempting to do both, which is inconsistent with plain language of the rule.

As such, I ask that you revise your responses to Plaintiff's first set of requests to admit. If Defendants do not have sufficient information to truthfully admit or deny any request to admit, comply with Rule 36(a)(4) and do not admit or deny the request.

Very truly yours,

*[signature]*
Scott Fanning