# EXHIBIT E



**GALLOP, JOHNSON & NEUMAN, L.C.**
*Attorneys and Counselors at Law*

101 South Hanley
Suite 1700
St. Louis, Missouri 63105

Telephone 314-615-6000
Facsimile 314-615-6001
Toll Free 800-330-6635

www.gjn.com

TIFFANY B. KIEFFER
(314) 615-6126
*tbkieffer@gjn.com*

February 22, 2008

<u>**VIA FACSIMILE (312) 795-9114 AND U.S. MAIL**</u>

Scott Fanning
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, IL 60603

    Re:    **Ida Tucker v. Whelan Security of Illinois, Inc., et al.**

Dear Mr. Fanning,

    We have reviewed your correspondence of February 14, 2008, as well as Whelan Security of Illinois, Inc. and Whelan Security Company's ("Whelan Defendants") responses to Plaintiff's requests for admission. At this juncture, we believe that the Whelan Defendants' responses were proper. If you have case law or authority to suggest otherwise, please send it to our attention, and we will review it and reassess the Whelan Defendants' responses to Plaintiff's requests for admission at that time, if necessary.

                              Very truly yours,

                                Tiffany B. Kieffer

::ODMA\PCDOCS\SL01\4594254\1