IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IDA TUCKER,                         )<br>    Plaintiff,                      )<br>                                     )<br>    v.                              )<br>                                     )<br>WHELAN SECURITY OF ILLINOIS, INC.,  )<br>and WHELAN SECURITY COMPANY, and    )<br>FRED ROGERS,                        )<br>    Defendants.                     ) | Case No.:   07 C 6449<br><br>Judge:   Andersen<br><br>Magistrate Judge:   Keys |

To:   Alisa B. Arnoff, Esq.
      Scalambrino & Arnoff, LLP
      1 North LaSalle Street, Suite 1600
      Chicago, Illinois 60602

## NOTICE OF MOTION

On July 31, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen, at 219 South Dearborn, Chicago, Illinois, and then and there present **Plaintiff's Motion to Determine Sufficiency of Defendants Whelan Security Co.'s and Whelan Security of Illinois' Responses to Requests to Admit**, a date-stamped copy which is hereby served upon you at which time and place you may appear and be heard.

                                               s/ Uche O. Asonye
                                              One of Plaintiff's Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Scott Fanning - 6292790
Asonye & Aassociates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 21st day of July, 2008, I served a true and accurate copy of the foregoing *Notice of Motion* upon the following by electronically filing it with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Alisa B. Arnoff, Esq.
Scalambrino & Arnoff, LLP
1 North LaSalle Street, Suite 1600
Chicago, Illinois 60602

                                               Respectfully Submitted,
                                               Ida Tucker,

                                               By:   s/ Uche O. Asonye
                                               One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
(312) 795-9110
(312) 795-9114 (f)