IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IDA TUCKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:07-CV-6449 |
| | ) |
| | )   JUDGE ANDERSEN |
| WHELAN SECURITY OF ILLINOIS, INC., | ) |
| WHELAN SECURITY COMPANY, and | ) |
| FRED ROGERS | ) |
| | ) |
|     Defendants. | ) |

**AMENDED, AGREED NOTICE OF MOTION**

With respect to the Notice of Motion filed earlier today with respect to **Plaintiff's Motion to Determine Sufficiency of Defendants Whelan Security Co.'s and Whelan Security of Illinois' Responses to Requests to Admit** ("Plaintiff's Motion"), the parties have agreed to reset the hearing date from July 31, 2008 to *September 4, 2008* at 9 AM before the Honorable Judge Andersen, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois 60604. The parties have also agreed that defendants shall respond to Plaintiff's Motion on or before August 11, 2008, and that plaintiff shall reply on or before August 18, 2008; therefore, Plaintiff's Motion shall be fully briefed by September 4, 2008.

                                              Respectfully submitted,

                                              ___/s/ *Alisa B. Arnoff*_____
                                              Alisa B. Arnoff
                                              IL ARDC No. 06197379
                                              Scalambrino & Arnoff, LLP
                                              One North LaSalle Street, Suite 1600
                                              Chicago, Illinois 60602
                                              (312) 629-0545 Telephone

(312) 629-0550 (Facsimile)
Email: aba@sacounsel.com

AND

Bradley G. Kafka
Tiffany B. Kieffer
GALLOP, JOHNSON & NEUMAN, L.C.
101 South Hanley, Suite 1700
St. Louis, Missouri 63105
(314) 615-6000 (Telephone)
(314) 615-6001 (Facsimile)
Email: bgkafka@gjn.com
Email: tbkieffer@gjn.com

Attorneys for Defendants Whelan Security of Illinois, Inc. and Whelan Security Company

I hereby certify that I have served a copy of this Notice of Motion upon all counsel of record by filing it with the Clerk of the District Court for the northern District of Illinois by using the CM/ECF system, on July 21, 2008.

____/s/_Alisa B. Arnoff_____