**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ida Tucker

                                         Plaintiff,

v.                                                                     Case No.: 1:07–cv–06449
                                                                        Honorable Wayne R. Andersen

Whelan Security of Illinois, Inc., et al.

                                         Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: settlement conference.(tsa, )Mailed notice.

Dated: July 29, 2008

                                                                        /s/ Wayne R. Andersen

                                                                     United States District Judge