IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IDA TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:07-cv-6449 |
| | ) | |
| v. | ) | |
| | ) | JUDGE ANDERSEN |
| | ) | |
| WHELAN SECURITY OF ILLINOIS, INC., | ) | |
| WHELAN SECURITY COMPANY, and | ) | |
| FRED ROGERS, | ) | MAGISTRATE KEYS |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  All Parties of Record

    PLEASE TAKE NOTICE that on August 11, 2008, I caused to be filed with the Clerk of the Court for the United States District Court of the Northern District of Illinois, Eastern Division,  DEFENDANTS WHELAN SECURITY OF ILLINOIS, INC. AND WHELAN SECURITY COMPANY RESPONSE TO PLAINTIFF'S MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANTS WHELAN SECURITY OF ILLINOIS, INC. AND WHELAN SECURITY COMPANY'S RESPONSES TO PLAINTIFF'S REQUESTS TO ADMIT, through the Court's on-line filing system.

                                        Respectfully submitted,

                                        Alisa B. Arnoff
                                        IL ARDC No. 06197379
                                        Scalambrino & Arnoff, LLP
                                        One North LaSalle Street, Suite 1600
                                        Chicago, Illinois   60602
                                        (312) 629-0545 Telephone
                                        (312) 629-0550 (Facsimile)
                                        Email: aba@sacounsel.com


                                           /s/ Alisa B. Arnoff