Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Wayne Andersen | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6449 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Tucker v. Whelan Security of Illinois, Inc. et al | | |

**DOCKET ENTRY TEXT**

Settlement conference held. The case settled; the terms of which were stated on the record. The Parties will need additional time to prepare the settlement documents. The Parties anticipate filing a stipulation to dismiss before the district judge on or before 10/1/08. Therefore, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. *AK*

Docketing to mail notices.

02:00;nfpc

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 SEP 11 AM 11:09
FILED